# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**EMILY O'QUINN** on behalf of herself and
all others similarly situated,

*Plaintiff*,

v.

**BOOKTRAIL AGENCY, LLC**,

*Defendant*.

Civil Case No. 3:23-CV-10754

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Emily O'Quinn ("Plaintiff") and Defendant Booktrail Agency, LLC, hereby

notifies the Court that the parties have settled the above-styled action. The parties respectfully

request that the Court stay this case for forty (40) days to allow them to finalize that settlement.

Once settlement is finalized, the parties will file a Joint Stipulation of Dismissal.

Dated: August 17, 2023                          Respectfully submitted,

**INDEGLIA LUTRARIO**                    **POLSINELLI PC**


 /s/ *Brendan J. Quinn*                           /s/ *Michael L. Oliverio*
Brendan J. Quinn          (BBO #710555)     Michael L. Oliverio          (BBO #378755)
30 Centerville Road, Suite 320 East          One International Place, Suite 3900
Warwick, RI 02886                            Boston, MA 02110
(401) 886-9240                               (617) 367-4600
(401) 886-9241 Fax                           (617) 367-4656 Fax
Brendan.Quinn@Indeglialaw.com                loliverio@polsinelli.com

Max S. Morgan
THE WEITZ FIRM, LLC                          *Counsel for Defendant*
1515 Market Street #1100
Philadelphia, PA 19102
(267) 587-6240)
max.morgan@theweitzfirm.com
(*admitted pro hac vice*)

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I certify that I served a copy of the foregoing **NOTICE OF SETTLEMENT** by filing a copy of the same with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all counsel of record.

/s/ *Caroline Axelrod*

Caroline Axelrod