UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| EMILY O'QUINN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 23-cv-10754-KAR |
| | ) | |
| v. | ) | |
| | ) | |
| BROOKTRAIL AGENCY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |


SETTLEMENT ORDER OF DISMISSAL
August 18, 2023

The court, having been advised on August 18, 2023, that the above-entitled action has

been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice

to the right of any party to move for enforcement of the settlement agreement or, upon good

cause shown, to reopen the action, within 40 days if the if settlement is not consummated.   The

parties may move to extend the time to move in this court for enforcement of the settlement

agreement or, upon good cause shown, to reopen the action, if the terms requiring payment under

the settlement agreement have not been satisfied within 40 days.

By the Court,


/s/ Melissa M. Rivera
Melissa M. Rivera
Deputy Clerk